

# SERENITY
#### Psychiatric Outpatient, LLC.

## Mary Jan Treadwell, LCSW

Serenity Psychiatric Outpatient
300 Rawls Drive
Suite 900
McComb, MS 39648-2830

601-684-8284
601-684-8199

9/17/2021

**Boudy, Daphnie N**

ID: 2429                    DOB: 9/   '3

September 17, 2021

RE: Daphnie N Boudy  DOB: 9/   3

To Whom It May Concern:

Ms. Boudy is currently engaged in psychotherapy sessions on a regular basis at Serenity Psychiatric Outpatient in McComb, MS. She is scheduled for frequent sessions every other week at this point in time. Her level of care is deemed to be significant right now. Her co-pay per session is $22.

Please do not hesitate to contact me for any further information you may require.

Sincerely,

*Mary Jan Treadwell LCSW*

Mary Jan Treadwell, LCSW

*Exhibit 4a*
*Boudy*

TO: Ms. Betty Wilson & HR
FROM: Daphne Bandy
RE: ADA Accommodations & Social Security Disability Benefits & Doctors' Note
Date: Nov 1, 2021

Exhibit 46
Bandy

Dear Ms. Wilson & HR:

As requested, I am handwriting my ADA Accommodations that I will need in order for me to effectively perform my job as an Academic Interventionist for the McComb School District.

I am requesting to work with small groups of students and/or have small/reduced classroom sizes (15 students or less). You reassured me as an Academic Interventionist, my accommodations will be met. Also we agreed that I'll be a part time employee with options of becoming fulltime in the near future. Again Thanks

11/1/2021