# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**DAPHNIE NEWMAN BOUDY**                                    **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO. 5:23-CV-30-KS-BWR**

**MCCOMB SCHOOL DISTRICT, et al.**                        **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion granting the Defendants' motion to dismiss, this action is DISMISSED WITHOUT PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE. This case is closed.

THIS, the 11th day of March, 2024.

                                                         /s/ Keith Starrett
                                                         KEITH STARRETT
                                                         UNITED STATES DISTRICT JUDGE