

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Jul 31 2024

ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DAPHNIE NEWMAN BOUDY**                                     **PLAINTIFF**

v.                                              **CIVIL ACTION NO.   5:23-cv-30-KS-BWR**

**MCCOMB SCHOOL DISTRICT,**                                  **DEFENDANTS**
**MCCOMB SCHOOL DISTRICT BOARD OF**
**TRUSTEES, & JAMES HARVEY, FORMER**
**INTERIM PRINCIPAL NOW ASSISTANT**
**PRINCIPAL AND IN HIS OFFICIAL CAPACITY**

## FINAL JUDGMENT

On July 30, 2024, this Court entered an order dismissing the above styled case with prejudice and with all costs assessed to Daphnie Newman Boudy. Ms. Boudy was further sanctioned in the amount of $833.46, ordering her to reimburse the expenses of the other attorneys for the hearing she refused to attend. All costs for this action were also assessed to Ms. Boudy.

Now, it is hereby ordered that the above styled and numbered cause be and the same is hereby dismissed with prejudice, with all costs assessed to Plaintiff Daphnie Newman Boudy and additionally, a judgment in the amount of $833.46, is entered against Daphnie Newman Boudy in favor of the attorneys for Defendants.

This judgment is entered pursuant to Federal Rules of Procedure.

SO ORDERED and adjudged, this the __30th__ day of July 2024.

_____
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE

1